### STATEMENT OF FACTS

On or about November 19, 2018, at approximately 1:04, p.m., members of the Prince George's County Police Department (PGPD), the Fairmont Heights Police Department and the Metropolitan Police Department (MPD), were in pursuit of a vehicle, driven by the defendant Marcell Ennis.  That vehicle had been taken in an armed carjacking earlier on that same morning in the District of Columbia. During the pursuit the defendant crashed the vehicle in the area of 101 41st Street, NE, Washington, DC. Officers pursued the defendant and saw him get into a Toyota pickup truck occupied by the two complainants in the area of 4053 Benning Road, N.E., Washington, D.C.  The defendant pointed a silver revolver at the complainants and ordered them to drive, saying "Drive the truck right now! I swear to God I'll shoot you in the face! Drive the truck!" The complainants drove a short distance and jumped out of the moving pickup truck. The defendant then drove away in the pickup truck pursued by the police.  The pursuit continued until the pickup truck collided with a police car and was forced to stop. The defendant jumped out of the truck and was stopped by the police after a short foot pursuit.  The defendant was placed under arrest and a loaded Smith & Wesson .38 caliber revolver was recovered on the running board of the pickup truck.  During a post Miranda interview at the police station, the defendant admitted that he had taken the pickup truck from the complaints while armed with a .38 caliber revolver. The Toyota pickup truck had been transported, shipped, and received in interstate or foreign commerce.

_____
INVESTIGATOR JAYME KINGSLEY
METROPOLITAN POLICE DEPARTMENT
SIXTH DISTRICT

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF NOVEMBER 2018.

_____
G. MICHAEL HARVEY
U.S. DISTRICT COURT MAGISTRATE JUDGE